# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 02, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1801. FREDDIE JACKSON v. SEX OFFENDER REGISTRY REVIEW BOARD.

Freddie Jackson filed a petition for judicial review of the Sex Offender Registry Review Board's decision to classify him as a "sexually dangerous predator." On November 3, 2014, the superior court entered an order denying the petition and affirming the review board's decision. On December 8, 2014, Jackson filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

First, under OCGA § 5-6-35 (a) (5.1), "[a]ppeals from decisions of superior courts reviewing decisions of the Sexual Offender Registration Review Board" must be taken by application for discretionary appeal. Jackson's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal. See *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991) ("compliance with the discretionary appeals procedure is jurisdictional").

Second, even if Jackson had a right of direct appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days after entry of an appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Jackson's notice of appeal, filed 35 days after entry of the superior court's order, was untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/02/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*